IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 26-58667-pwb |
| LIVING IT UP LLC, | CHAPTER:  7 |
| Debtor. | JUDGE:  PAUL W. BONAPFEL |
| CAPITAL FUND REIT, LLC, | CONTESTED MATTER |
| Movant, | |
| v. | |
| LIVING IT UP LLC, Debtor<br>S. GREGORY HAYS, Trustee, | |
| Respondent(s). | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that **Capital Fund REIT, LLC** has filed a Motion for Relief from the Automatic Stay and related papers with the Court seeking an Order Granting Relief from the Automatic Stay.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the **Motion for Relief from the Automatic Stay** at 10:15 A.M., on August 19, 2026 in Courtroom 1401, United States Courthouse, 75 Ted Turner Drive SW, Room 1340, Atlanta, GA 30303, which must be attended in person, unless the Court orders otherwise.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive SW, Room 1340, Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the Motion cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the Motion and agrees

to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Dated: August 3, 2026

/s/ *Eric Smith*

Eric Smith, Bar No.: 347001
Attorney for Movant
Aldridge Pite, LLP
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
Email: esmith@aldridgepite.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:

LIVING IT UP LLC,

Debtor.

Case No. 26-58667-PWB

Chapter 7

**CERTIFICATE OF SERVICE**

This is to certify that on July 15, 2026, I electronically filed the foregoing **Notice of Hearing and Motion for Relief from the Automatic Stay** the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**The following parties have been served via e-mail**:

S. Gregory Hays

I further certify that on July 24, 2026 I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid on the following parties set forth below at the address shown for each.

Living It Up LLC
6782 Mancha St
Atlanta, GA 30349

Living It Up LLC
c/o Marcedes Lyons, CEO
6782 Mancha St
Atlanta, GA 30349

Living It Up LLC
c/o Marcedes Lyons, CEO
5546 Stoneybrook Ct.
Mableton, GA 30126

Living It Up LLC
c/o Sasha Jones, Registered Agent
407 Fairburn Rd, #22
Atlanta, GA, 30331

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

*/s/ Eric Smith*

Eric Smith, Bar No.: 347001
Attorney for Movant
Aldridge Pite, LLP
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
Email: esmith@aldridgepite.com